IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

KEVIN B. STRICKLAND, #36922, )
)
    Petitioner/Movant, )
)
)
vs. ) Case No. _____
)
)
LARRY DENNEY, )
)
    Respondent. )

## APPLICATION FOR APPOINTMENT OF COUNSEL

COMES NOW, Petitioner/Movant Kevin B. Strickland, and respectfully applies to this Honorable Court that a pro bono attorney be appointed for him in the above captioned case, pursuant to instruction #10 Capitol Murder; in that, Petitioner/Movant was convicted of Capitol Murder RSMo 565.001 and received the alternative sentence of life without the possibility of probation or parole until a minimum of fifty years imprisonment has been served RSMo 565.008 which in and of itself is a sentence of death. Therefore, Petitioner/Movant must request that a pro bono attorney be appointed in lieu of Missouri S.Ct. Rule 4 through 6.1: "A lawyer should render public interest legal service. A lawyer may discharge this responsibility by providing professional services at no fee or a reduced fee to presons of limited means or to the public service or charitable groups or organizations, by service in activities for improving the law, the legal system or the legal profession, and by financial

support for organizations that provide legal service to persons of limited means."


WHEREFORE, the Petitioner/Movant does not qualify for assistance from the public defenders system, and that this Petitioner/Movant must apply to this Honorable Court pursuant to instruction #10, that a pro bono attorney be appointed who will be in close proximity to the trial court.


Respectfully submitted,

*Kevin Strickland*    7-16-2013
Kevin B. Strickland, #36922
Crossroads Correctional Center
1115 E. Pence Road
Cameron, Missouri 64429

Petitioner/Movant