# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

### JUDGMENT IN A CIVIL CASE

Kevin B. Strickland,

    Petitioner,

    V.                                 Case No. 13-0739-CV-W-BP-P

Larry Denney,

    Respondent.

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: ORDERED that:
(1) petitioner's motion for leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915 is provisionally GRANTED for the purpose of this case only;
(2) the above-captioned petition for a writ of habeas corpus is DISMISSED as successive, without prejudice, for the petitioner to seek authorization to file this application in the District Court;
(3) petitioner's motion for appointment of counsel (Doc. No. 3) is DENIED, and
(4) the issuance of a certificate of appealability is DENIED.

Entered on: <u>July 30, 2013.</u>

                                                    ANN THOMPSON
                                                    COURT EXECUTIVE

                                                    <u>/s/ C. Thoennes</u>
                                                    (By) Deputy Clerk